474 A.2d 677

Commonwealth v. Severcool, Appellant.

Petition for Allowance of Appeal
Denied Aug. 14, 1984.

Argued March 15, 1983. Robert G. Dean, for appellant; Laurence M. Kelly, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

474 A.2d 678

Commonwealth v. Strong, Jr., Appellant.

Submitted October 4, 1983. Alfred Hemmons, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.